**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| NICOLE M. MILLES, and RHONDA D. KNIGHT and JEFFREY KNIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIFTH THIRD BANK, NATIONAL ASSOCIATION,<br><br>Defendant. | Case No.: 1:24-cv-00186-DRC<br><br><br>Jury Trial Demanded |

## <u>NOTICE OF WITHDRAWAL OF ATTORNEY OREN FAIRCLOTH</u>

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.4(b), the *pro hac vice* appearance of Oren Faircloth on behalf of Plaintiffs Nicole M. Milles, and Rhonda D. Knight and Jeffrey Knight ("Plaintiffs") is hereby withdrawn in the above-referenced action.

Plaintiffs have been and are currently represented in this action by counsel from Siri & Glimstad, LLP and Christoper Wiest, Attorney at Law, PLLC.  Specifically, Siri & Glimstad LLP attorneys, Lisa Considine, Leslie Pescia, and Oren Faircloth and Christopher Wiest of Christopher Wiest, Attorney at Law, PLLC, have appeared in this case on behalf of Plaintiffs.

Plaintiffs will continue to be represented in this matter by Lisa Considine and Leslie Pescia of Siri & Glimstad, LLP and Christopher Wiest of Christopher Wiest, Attorney at Law, PLLC.

Dated: December 4, 2024          Respectfully submitted,

By: */s/Christopher Wiest*
Christopher Wiest
**CHRIS WIEST ATTORNEY AT LAW, PLLC**
50 E. Rivercenter Blvd., Ste. 1280
Covington, KY 41011

Telephone : (513) 257-1895
chris@wiestlaw.com

Oren Faircloth (admitted *Pro Hac Vice*)
Lisa R. Considine (admitted *Pro Hac Vice*)
Leslie Pescia (admitted *Pro Hac Vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Ave, Suite 500
New York, NY 10151
Telephone: 212-532-1091
Facsimile: 646-417-5967
Email: ofaircloth@sirillp.com
Email: lconsidine@sirillp.com
Email: lpescia@sirillp.com

*Attorneys for Plaintiffs and the Proposed Class and Sub-classes*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 4, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

*/s/Christopher Wiest*